DECEMBER 15, 1997

No. 97–763. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.2.

No. 96–1299. HERMAN, SECRETARY OF LABOR *v.* S. A. HEALY Co. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hudson* v. *United States, ante,* p. 93.

No. 96–1602. ROBERTS *v.* KLING. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Kalina* v. *Fletcher, ante,* p. 118.

No. D–1844. IN RE DISBARMENT OF DAVIS. Disbarment entered. [For earlier order herein, see 521 U. S. 1148.]

No. D–1854. IN RE DISBARMENT OF FISHER. Disbarment entered. [For earlier order herein, see 521 U. S. 1149.]

No. D–1860. IN RE DISBARMENT OF SCHOENEMAN. Disbarment entered. [For earlier order herein, see *ante,* p. 929.]

No. D–1862. IN RE DISBARMENT OF MANSON. Disbarment entered. [For earlier order herein, see *ante,* p. 929.]

No. D–1863. IN RE DISBARMENT OF FUTRELL. Disbarment entered. [For earlier order herein, see *ante,* p. 929.]

No. D–1885. IN RE DISBARMENT OF GARVER. Scott A. Garver, of Waterbury, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.